1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              CASE NO.  1:15-CR-00209 (5) LJO SKO

12 |                     Plaintiff,          JOINT REQUEST AND ORDER TO EXCLUDE
                                             TIME
13 |              v.

14 | NINA JOHNSON,

15 |                     Defendant.

16

17     The parties, by and through their respective counsel, Assistant United States Attorney Brian K.

18 Delaney, counsel for plaintiff United States of America, and Salvatore Sciandra, counsel for defendant

19 Nina Johnson, hereby stipulate and jointly request the Court to exclude time between the date of the

20 defendants detention hearing and the defendant's next scheduled court appearance on October 5, 2015

21 before United States Magistrate Judge Sheila K. Oberto.

22     The defendant is charged with a violations of 21 U.S.C. §§ 841(a)(1) Possession with the Intent

23 to Distribute Methamphetamine (Count 3) and 18 U.S.C. § 1952(a)(3)(A) Travel in and Use of an

24 Interstate Facility in Aid of Racketeering (Count 4).  The defendant was arrested and appeared before

25 United States Magistrate Jennifer L. Thurston on August 11, 2015.  The defendant was appointed

26 Monica Bermudez as defense counsel for purposes of the arraignment and detention hearing only.  On

27 August 12, 2015 after a detention hearing, the defendant was ordered released on O/R with numerous

28 Pretrial conditions including release to a residential substance abuse treatment program-West Care.  On

                                       1

August 18, Salvatore Sciandra was appointed counsel of record for the defendant.

The parties agree that the delay resulting from the detention hearing until the defendants next appearance in court shall be excluded in the interest of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: August 19, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ BRIAN K. DELANEY
BRIAN K. DELANEY
Assistant United States Attorney

Dated: August 19, 2015

 /s/ SALVATORE SCIANDRA
SALVATORE SCIANDRA
ASSISTANT FEDERAL DEFENDER
Counsel for Defendant

ORDER

Good cause appearing, this Court excludes time from the Speedy Trial Act between August 12, 2015 and October 5, 2015, for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **August 21, 2015**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2