1  SALVATORE SCIANDRA, (SBN: 58256)
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 250
   Fresno, California 93721
3  559-233-1000 (voice)
   559.707.6697 (facsimile)
4  E-Mail: salsciandra@sbcglobal.net

5  Attorney for Defendant, NINA JOHNSON

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              )   Case No. 1:15-CR-00209-LJO
                                          )
11           Plaintiff,                   )   STIPULATION AND ORDER
                                          )   CONTINUING CHANGE OF PLEA
12    v.                                  )   HEARING
                                          )
13 NINA JOHNSON,                          )   **Old Dat**e:  June 20, 2016
                                          )   **Old Time**:  9:30 AM
14           Defendant.                   )   **Court**:  Hon. Lawrence J O'Neil
                                          )
15 ─────────────────────────────────
                                              **NEW Date**: Tuesday July 5, 2016
16                                            **NEW Time**:9:30 a.m.,
                                              **Court**:  Hon. Lawrence J O'Neil

17       Defendant, NINA JOHNSON is currently set for a Change of Plea Hearing on June 20,
18 2016. It is hereby stipulated by and between the defendant, through her attorney Salvatore Sciandra
19 and the Government by and through its attorney Brian Delaney that the Change of Plea Hearing be
20 continued to July 5, 2016.

21       The reason for this request to continue the Change of Plea Hearing is that counsel will be
22 unexpectedly undergoing knee surgery on June 15, 2016 and has been informed by his doctor that
23 he may not be recovered sufficiently to travel to court by June 20, 2016.  Although counsel was
24 aware that knee surgery was necessary, the surgery was unexpectedly scheduled for June 15, 2006.
25 Counsel was also informed that if he did not take advantage of scheduling the surgery for June 15,
26 another date for surgery would not be available until the end of July.

27 / / /

28

| | |
|---|---|
| Dated: June 9, 2016 | /s/Salvatore Sciandra<br>Attorney For Defendant<br>NINA JOHNSON |
| Dated: June 9, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Brian Delaney<br><u>Telephonically approved  June 8, 2016</u><br>Brian Delaney<br>Assistant U.S. Attorney |

## **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing IT IS ORDERED that the change of plea hearing in this matter currently set for June 20, 2016 at the hour of 9:30 AM be continued to July 5, 2016 at the hour of 9:30 AM.

IT IS SO ORDERED.

Dated:   **June 9, 2016**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE

United States v. NINA JOHNSON
Stipulation and [Proposed] Order to Continue Change of Plea Hearing
Case No. 1:15CR 00209-LJO

2